■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH MAXWELL, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Hayes, J.), rendered November 3, 1982, convicting him of manslaughter in the first degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

The testimony of the witness who identified the defendant was consistent with the other eyewitness's testimony. She

knew the defendant by name prior to the night of the shooting and had an opportunity to view the defendant for 3 or 4 minutes before the shots were fired. She identified the defendant as the shooter on at least three occasions: first, to the police; second, in a lineup; and finally, at trial. The identification evidence was, therefore, sufficient *(see, People v Contes,* 60 NY2d 620, 621). The defendant's claimed error of law in the court's charge to the jury was not preserved for appellate review *(see, People v Thomas,* 50 NY2d 467; *People v Tarsia,* 50 NY2d 1, 9-10). Mangano, J. P., Gibbons, Niehoff and Spatt, JJ., concur.